USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SALOMOM LOPEZ,

                Plaintiff,

      -against-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-------------------------------------------------------------X

18 **CIVIL** 7564 (JGK)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated January 22, 2020, the Court has reviewed the Report and Recommendation of Magistrate Judge Aaron dated January 4, 2020, no objections to the Report and Recommendation have been filed and the time for filing such objections has passed; in any event, the Court finds that the Report and Recommendation are well founded and should be adopted, in accordance with the Report and Recommendation, the plaintiff's motion is denied, the Commissioner's cross-motion is granted, and this action is dismissed; judgment is entered in favor of the Commission and this case is closed.

**Dated:** New York, New York
         January 23, 2020

                                            RUBY J. KRAJICK
                                              Clerk of Court
                                       BY:
                                              Deputy Clerk

                                              THIS DOCUMENT WAS ENTERED
                                              ON THE DOCKET ON 1/23/2020